UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| DOROTHY TUCKER | § | DOCKET NO.: 5:22-CV-865 |
| VERSUS | § | JUDGE |
| BROOKSHIRE GROCERY COMPANY and SEDGWICK CLAIMS MANAGEMENT SERVICE | § | MAGISTRATE JUDGE |

## NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel, come **BROOKSHIRE GROCERY COMPANY and SEDGWICK CLAIMS MANAGEMENT SERVICES**, who, respectfully represent that:

1.

Plaintiff, **DOROTHY TUCKER**, has asserted a civil cause of action against **BROOKSHIRE GROCERY COMPANY and SEDGWICK CLAIMS MANAGEMENT SERVICES**, seeking to recover personal injuries allegedly sustained as a result of an alleged slip and fall incident which occurred on August 21, 2020, in Shreveport, Caddo Parish, Louisiana.

2.

Defendant, **BROOKSHIRE GROCERY COMPANY**, is incorporated in the State of Texas, and its principal place of business is in the State of Texas.

3.

Defendant, **SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.**, is an Illinois corporation and its principal place of business is in Memphis, Tennessee.

4.

Plaintiff, **DOROTHY TUCKER**, at the time of filing suit was a domiciliary of the State of Louisiana.  Upon information and belief, Ms. Tucker is now a domiciliary of the State of Florida.

5.

The Petition for Damages of **DOROTHY TUCKER** was filed in the First Judicial District Court, Parish of Caddo, State of Louisiana, on March 6, 2017.  A copy of the Petition for Damages is attached hereto as Exhibit "A".

6.

Undersigned counsel filed an Answer on behalf of both **BROOKSHIRE GROCERY COMPANY and SEDGWICK CLAIMS MANAGEMENT SERVICES** on October 18, 2021.

7.

Article 893A(1) of the Louisiana Code of Civil Procedure provides:

> No specific monetary amount of damages shall be included in the allegations or prayer for relief of any original, amended, or incidental demand.  The prayer for relief shall be for such damages as are reasonable in the premises except that if a specific amount of damages is necessary to establish the jurisdiction of the court, the right to a jury trial, the lack of jurisdiction of federal courts due to insufficiency of damages,

or for other purposes, a general allegation that the claim exceeds or is less than the requisite amount is required. By interrogatory, an opposing party may seek specification of the amount sought as damages, and the response may thereafter be supplemented as appropriate.

8.

Despite the mandate of Article 893A(1) as set forth above, plaintiff made no allegation in the Petition regarding the amount in controversy. Specifically, there was no reference to the $75,000.00 threshold necessary for removal of the state court action to federal court under 28 U.S.C. § 1332(a).

9.

On October 18, 2021, contemporaneous with the filing by **BROOKSHIRE GROCERY COMPANY** of the Answer to Original Petition, **BROOKSHIRE GROCERY COMPANY** propounded Interrogatories and Requests for Production of Documents to plaintiff. Interrogatory No. 25 asks: "for purposes of federal court jurisdiction, do you contend that the value of your claim, inclusive of all general and special damages, exceeds $75,000.00?" A copy of the Interrogatories and Requests for Production of Documents are attached hereto as Exhibit "B".

10.

Plaintiff responded to discovery on March 1, 2022, which was received by undersigned counsel via email on that same date. A copy of plaintiff's response is

attached hereto as Exhibit "C". The responses have been redacted pursuant to Rule 5.2(a) of the Federal Rules of Civil Procedure.

11.

Based on the discovery responses received, plaintiff contends, in Answer to Interrogatory No. 26, that the amount in dispute does exceed $75,000.00. Moreover, in Answer to Interrogatory No. 14, which requested that plaintiff state what injuries she sustained as a result of the fall, plaintiff contends that she is "not fully recovered, back keep going in and out, over the counter medicine only."

12.

During the deposition of plaintiff which was taken on March 7, 2021, plaintiff testified that she injured her low back and that she sought treatment from a spine specialist and was diagnosed with bulging and/or herniated discs in her back. She also testified that she underwent one set of lumbar injections and that she still has significant pain and problems in her low back primarily on her left side. She also testified that she was significantly limited with respect to her low back and physical activities.

13.

Prior to receipt of discovery responses, defendants were not provided with any information that would suggest that the amount in dispute was in excess of $75,000.00. In fact, offer of settlement made on behalf of plaintiff prior to filing of suit was for an amount below the requisite amount for diversity jurisdiction.

14.

As defendants were first made aware of any potential value of plaintiff's claims through discovery responses received March 1, 2022, this Notice of Removal is timely filed within thirty (30) days from that time as required by 28 U.S.C. § 1446(b)(3).

15.

There is complete diversity of citizenship between the plaintiff and defendants.

16.

Moreover, pursuant to information provided by plaintiff, the amount in controversy, exclusive of interest and costs, exceeds the sum of SEVENTY FIVE THOUSAND AND NO/100 ($75,000.00) DOLLARS.

17.

Pursuant to 28 U.S.C. § 1332(a), this Court has original jurisdiction over this matter.

18.

This matter is properly removable to the Western District of Louisiana, Shreveport Division, from state court in Caddo Parish, Louisiana.

19.

Upon filing of this Notice of Removal, **BROOKSHIRE GROCERY COMPANY and SEDGWICK CLAIMS MANAGEMENT SERVICES** will give written notice to the plaintiff and will file a copy of the Notice of Removal with the Clerk of Court of the First Judicial District Court for the Parish of Caddo.

WHEREFORE, **BROOKSHIRE GROCERY COMPANY and SEDGWICK CLAIMS MANAGEMENT SERVICES** pray that this Notice of Removal be deemed good and sufficient and that the suit entitled "Dorothy Tucker v. Brookshire Grocery Company, et al.," Number 632176, on the docket of the First Judicial District Court, Caddo Parish, Louisiana, shall be removed to this Court and that the First Judicial District Court, Caddo Parish, Louisiana, case shall proceed no further therein, unless the case is remanded.

        Respectfully submitted,

        LUNN IRION LAW FIRM LLC

330 Marshall St., Ste. 500  
Shreveport, LA  71101  
Phone:  (318) 222-0665  
Fax:  (318) 220-3265  
Email: jam@lunnirion.com

By:  _____/s/ James A. Mijalis_____  
      JAMES A. MIJALIS  
      Bar No. 17057  
ATTORNEYS FOR DEFENDANTS, BROOKSHIRE GROCERY COMPANY and SEDGWICK CLAIMS MANAGEMENT SERVICES

## **CERTIFICATE**

I HEREBY CERTIFY that on March 31, 2022, a copy of the foregoing *Notice of Removal* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Joshua K. Williams by operation of the court's electronic filing system and via email.

                                                  /s/ James A. Mijalis
                                                      OF COUNSEL