

# Service of Process Transmittal

09/10/2021
CT Log Number 540216497

**TO:** Rosemary Jones
Brookshire Grocery Company
1600 W Southwest Loop 323
Tyler, TX 75701-8500

**RE:** **Process Served in Louisiana**

**FOR:** Brookshire Grocery Company  (Domestic State: TX)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Re: DOROTHY TUCKER // To: Brookshire Grocery Company |
| DOCUMENT(S) SERVED: | -- |
| COURT/AGENCY: | None Specified<br>Case # 632176B |
| NATURE OF ACTION: | Personal Injury - Slip/Trip and Fall |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Baton Rouge, LA |
| DATE AND HOUR OF SERVICE: | By Process Server on 09/10/2021 at 09:10 |
| JURISDICTION SERVED: | Louisiana |
| APPEARANCE OR ANSWER DUE: | None Specified |
| ATTORNEY(S) / SENDER(S): | None Specified |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 09/10/2021, Expected Purge Date: 09/15/2021<br><br>Image SOP<br><br>Email Notification,  Rosemary Jones  rosemaryjones@brookshires.com<br><br>Email Notification,  Melani Crawford  melanicrawford@brookshires.com |
| REGISTERED AGENT ADDRESS: | C T Corporation System<br>3867 Plaza Tower Dr.<br>Baton Rouge, LA 70816<br>866-665-5799<br>SouthTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

# Citation

| | |
|---|---|
| DOROTHY TUCKER<br>VS<br>BROOKSHIRE GROCERY COMPANY, ET AL | NO. 632176– B<br>STATE OF LOUISIANA<br>PARISH OF CADDO<br>FIRST JUDICIAL DISTRICT COURT |

THE STATE OF LOUISIANA, TO:   BROOKSHIRE GROCERY COMPANY
　　　　　　　　　　　　　　　 THRU CT CORPORATION, AGENT
　　　　　　　　　　　　　　　 3867 PLAZA TOWER DRIVE
　　　　　　　　　　　　　　　 BATON ROUGE, LA 70816

YOU HAVE BEEN SUED.
Attached to this Citation is a certified copy of the Petition.* The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within FIFTEEN (15) days after you have received these documents, you must file an answer or other legal pleadings in the Office of the Clerk of this Court at the Caddo Parish Court House, 501 Texas Street, Room 103, Shreveport, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) days, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for Caddo Parish, on this date August 23, 2021.

*Also attached are the following:　　　　　　　　　MIKE SPENCE, CLERK OF COURT
_____ REQUEST FOR ADMISSIONS OF FACTS
_____ INTERROGATORIES
_____ REQUEST FOR PRODUCTION OF DOCUMENTS　　By: _[signature]_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

　　　　　　　　　　　　　　　　　　　　　　　 JOSHUA K WILLIAMS
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney

　　　　　　　　　　　　　　　　　　　　　　　 A TRUE COPY - - ATTEST

　　　　　　　　　　　　　　　　　　　　　　　 _[signature]_
　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

These documents mean you have been sued. Legal assistance is advisable, and you should contact a lawyer immediately. If you cannot find a lawyer, please go to www.shreveportbar.com and click on the Lawyer Referral Service link, or go to the Shreveport Bar Center on the third Monday of each month from 5:30 - 7:30 for a free seminar. If eligible, you may be entitled to legal assistance at no cost to you through Shreveport Bar Legal Aid. Please call 318-222-7186 for more information.

If you are a person with a disability, please contact the Clerk of Court's office for information regarding accommodation and assistance.

**SERVICE COPY**

DOROTHY TUCKER                           CASE No.:    632176 · B

vs.

BROOKSHIRE GROCERY COMPANY,              FIRST JUDICIAL DISTRICT COURT
SEDGWICK CLAIMS MANAGEMENT,
Jointly and Insolido                     CADDO PARISH, LOUISIANA

## PETITION FOR DAMAGES

The petition of DOROTHY TUCKER, resident of and domiciled in the Parish of CADDO, State of Louisiana, with respect represents:

1.

Made defendants herein are:

    (a)  **BROOKSHIRES GROCERY COMPANY**, a corporation authorized to do and doing business the state of Louisiana;

    (b)  **SEDGWICK CLAIMS MANAGEMENT SERVICES**, a company authorized to do and doing business the state of Louisiana;

2.

On or about August 21, 2020, Plaintiff, Dorothy Tucker, visited the Brookshire's Grocery store located at 9250 Mansfield Road, Shreveport, 71118, Caddo Parish, Louisiana.

3.

At all times pertinent hereto defendants, Brookshires Grocery Company had care, custody, and control of the building and floor at the Brookshire's store located at 9250 Mansfield Road, Shreveport, 71118, Caddo Parish, Louisiana.

4.

Dorothy Tucker was walking through Brookshires aisle and fell because of a wet floor hazard that was unbeknownst to her.



5.

Brookshire's failed to notify Dorothy Tucker, of the wet floor hazard with any recognizable wet floor sign that would prevent the slip and fall.

6.

The risk of harm resulting from the unreasonably dangerous condition created by the wet floor was reasonably foreseeable.

7.

Brookshire's created the condition which caused the damage.

8.

At all times pertinent hereto, petitioner was lawfully on the premises of Brookshire's.

9.

The incident sued on herein was caused by the fault of defendant's, Brookshire's Grocery and which includes, but is not limited to the following:

A. By failing to maintain their premises in a safe condition;
B. By failing to warn plaintiff of an unsafe condition;
C. By failing to inspect the area and/or to remove such hazards;
D. By failing to follow store policies and procedures on keeping areas clean and free of hazardous conditions;
E. By failing to prevent plaintiff from entering what defendants knew or should have known was an unsafe area; and
F. Other acts of negligence which were the cause of this accident and will be shown at the trial of this matter.

10.

At all times relevant hereto, defendant Brookshire's Grocery had a policy of liability insurance in full force and effect with defendant Sedgwick Claims Management, the coverage provided for in such a policy was designed to cover such a situation as is sued on herein.

11.

As a result of petitioner falling on the wet floor, petitioner seriously injured her knee and lower back.

12.

As a result of the incident and the injuries received therefrom, Dorothy Tucker sustained damages which include, but are not limited to, the following:

A. Past, Present, and Future medical bills;
B. Past and future lost wages;
C. Past and future lost earning capacity;
D. Past mental and physical pain and suffering;
E. Present mental and physical pain and suffering
F. Future mental and physical pain and suffering;
G. Loss of household services; and
H. Loss of enjoyment of life.

WHEREFORE, petitioner, DOROTHY TUCKER, prays that defendants BROOKSHIRE'S GROCERY COMPANY, and SEDGWICK CLAIMS MANAGEMENT, be cited and served with a copy of the petition, and after due proceedings had there be judgment in favor of petitioner, BROOKSHIRE'S GROCERY COMPANY, and SEDGWICK CLAIMS MANAGEMENT, for damages as are reasonable under the premises, with legal interest thereon from the date of judicial demand until paid, and for all costs of this proceeding.

Petitioner, DOROTHY TUCKER, further prays for an Order directing defendant, BROOKSHIRE'S GROCERY COMPANY, and SEDGWICK CLAIMS MANAGEMENT, to produce and file in the record of this proceeding within thirty (30) days from the service hereof: (1) recorded or written statements of plaintiff; (2) a copy of any injury or incident report completed by employees of BROOKSHIRE'S GROCERY COMPANY, and SEDGWICK CLAIMS MANAGEMENT relating to the accident which occurred on August 21, 2020; (3) in-store surveillance or security video evidence from August 21, 2020; (4) any photographs or video recordings taken of the subject area where the incident occurred, either before, during or after the accident, including the name, address, and telephone number of those individuals who actually took the photographs or video and who have the photographs or video in their physical possession.

                Respectfully Submitted,

                JOSHUA K. WILLIAMS
                ATTORNEY AT LAW, LLC

                _____
                JOSHUA K. WILLIAMS (#35588)
                9284 Linwood Avenue
                Shreveport, LA 71106
                (318) 562-1140 Telephone
                (318) 562-1141 Facsimile

                ATTORNEY'S FOR PETITIONER

**PLEASE SERVE:**
**BROOKSHIRE'S GROCERY COMPANY.**
Through its Registered Agent for Service of Process:
CT Corporation
3867 Plaza Tower Drive
Baton Rouge, La 70816

**SEDGWICK CLAIMS MANAGEMENT SERVICES**
Through its Registered Agent for Service of Process:
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, La 70807

| | |
|---|---|
| DOROTHY TUCKER | CASE No.: |
| vs. | |
| BROOKSHIRE GROCERY COMPANY, SEDGWICK CLAIMS MANAGEMENT, Jointly and Insolido | FIRST JUDICIAL DISTRICT COURT<br><br>CADDO PARISH, LOUISIANA |

## ORDER

**THE FOREGOING PETITION CONSIDERED:**

**IT IS HEREBY ORDERED** that the defendants be served with a copy of this petition and be cited to appear and answer the same.

**IT IS FURTHER ORDERED** that the defendants produce and file into Court, within the delays allowed by law, the following documents:

1) Statements from Petitioner;

2) Photographs taken at the scene of the accident;

3) Video recordings of the slip and fall accident.

4) Any policies of public liability or property damage insurance covering this accident.

Shreveport, Caddo Parish, Louisiana, on this __19__ day of __Aug__, 2021.

JUDGE CRAIG MARCOTTE
_____
JUDGE

ENDORSED FILED
COLVIN ROBERSON, CADDO DEPUTY CLERK
AUG 19 2021
A TRUE COPY ATTEST
CADDO PARISH DEPUTY CLERK OF COURT